Michael C. Osborne (SBN: 98539)
mosborne@shb.com
Randall Haimovici (SBN: 213635)
rhaimovici@shb.com
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, California 94104-2828
Telephone:    415.544.1900
Facsimile:    415.391.0281

Attorneys for Defendant
IRWIN INDUSTRIAL TOOL COMPANY (erroneously sued as "Benzomatic")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICIANO REYES,<br><br>Plaintiff,<br><br>vs.<br><br>THE HOME DEPOT, A Georgia Corporation, BENZOMATIC, a New York Corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. C 06-04863 SC<br><br>**APPLICATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF ATTORNEYS FOR DEFENDANT HOME DEPOT U.S.A., INC.** |

Defendant HOME DEPOT U.S.A., INC. hereby applies to substitute in Shook, Hardy, & Bacon, LLP as its attorney of record in this action in the place of Jenkins Goodman Neuman & Hamilton LLP, 417 Montgomery Street, 10th Floor, San Francisco, CA 94104. Defendant HOME DEPOT U.S.A., INC. and its counsel have consented to said substitution as indicated below by execution of this application.

Dated: August 28, 2006

JENKINS GOODMAN NEUMAN & HAMILTON LLP

By: *Pavan L. Rosati*
PAVAN L. ROSATI

107661V1

SUBSTITUTION OF ATTORNEYS
CASE NO. C 06-04863 SC

| | | |
|---|---|---|
| 1 | I accept this substitution. | |
| 2 | Dated: August 31, 2006 | SHOOK, HARDY & BACON L.L.P. |
| 3 | | By: /s/ M.C. Osborne |
| 4 | | MICHAEL C. OSBORNE |
| | | RANDALL HAIMOVICI |

I consent to this substitution.
Dated: August 23, 2006

DEFENDANT HOME DEPOT U.S.A., INC.

By: /s/
TOM E. BEST, ~~CORPORATE COUNSEL~~ Director – Legal
HOME DEPOT U.S.A., INC.

## ORDER

Defendant's application for substitution of attorneys is granted.

Dated: 9/6/06

IT IS SO ORDERED
/s/ Samuel Conti
Judge Samuel Conti
United States District Court
Northern District of California

107661V1

2

SUBSTITUTION OF ATTORNEYS
CASE NO. C 06-04863 SC