SEP-6-2004  04:53A FROM:                                    TO:14153910281                P.2

1   Michael C. Osborne (SBN: 98539)
    mosborne@shb.com
2   Sara Tropea (SBN: 227270)
    stropea@shb.com
3   SHOOK, HARDY & BACON L.L.P.
    333 Bush Street, Suite 600
4   San Francisco, California  94104-2828
    Telephone:    415.544.1900
5   Facsimile:    415.391.0281

6   Attorneys for Defendants
    THE HOME DEPOT, INC. and
7   IRWIN INDUSTRIAL TOOL COMPANY
    (erroneously sued as "Benzomatic")

8

                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11  FELICIANO REYES,                     )   Case No.: C-06-04863 SC
                                         )
12                                       )   STIPULATION TO DISMISS ACTION
                Plaintiff,               )   WITH PREJUDICE
13                                       )
         vs.                             )   AND ORDER THEREON
14                                       )
    THE HOME DEPOT, A Georgia Corporation, )
15  BENZOMATIC, a New York Corporation, and )
    DOES 1-50, inclusive,                )
16                                       )
                Defendants.              )
17                                       )

18

19      Plaintiff Feliciano Reyes and defendants The Home Depot and Irwin Industrial Tool

20  Company (erroneously sued herein as "Benzomatic"), by and through their respective attorneys of

21  record, hereby stipulate as follows:

22      Whereas, the parties along with their counsel mediated this case before a private mediator;

23      Whereas, the parties settled the case and a release has been executed and defendants have

24  complied with the settlement terms of such release;

25      Accordingly,

26      IT IS HEREBY STIPULATED THAT:

27      The action in its entirety may be dismissed by the Court with prejudice, both sides to bear

28  their own respective attorneys' fees and costs; and

[29676V]

1     The Pre-trial Conference date and the Trial date may be vacated by the Court.

2

3    IT IS SO STIPULATED:

4    Dated: September 20, 2007        LAW OFFICES OF FRANK MAYO

5

6                             By: _____

7                              FRANK MAYO
                                  Attorneys for Plaintiff

8                              FRANCISCO REYES

9    Dated: September 24, 2007        SHOOK, HARDY & BACON L.L.P.

10

11                         By: _____

12                              MICHAEL C. OSBORNE
                              SARA TROPEA

13                              Attorneys for Defendants
                              THE HOME DEPOT, INC. AND

14                              IRWIN INDUSTRIAL TOOL
                              COMPANY

15

16                             **ORDER**

17    UPON STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING,

18

19       IT IS ORDERED THAT this action be and is hereby dismissed in its entirety with prejudice,

20  both sides to bear their respective attorneys' fees and costs.  The Pre-trial Conference date and the

21  Trial date are ordered vacated.

22    Dated: September 27, 2007

23

24                      By: _____
                              HONORABLE UNITED STATES

25                              JUDGE OF THE
                              DISTRICT

26                  IT IS SO ORDERED
                  Judge Samuel Conti

27

28